# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Laborers Pension Fund, et al.

                              Plaintiff,

v.                                                       Case No.: 1:12−cv−00714

                                                      Honorable Sharon Johnson Coleman

Northwest Building Material & Supply

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 20, 2012:

      MINUTE entry before Honorable Sharon Johnson Coleman: Plaintiffs' motion to dismiss [6] is granted. This case is dismissed without prejudice with leave to reinstate pending disposition of defendant's bankruptcy case. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.